# THE DONOFRIO LAW FIRM, PLLC

3518 Merrick Road
Massapequa, NY 11758
877.507.9797 • 516.797.9797
Fax: 516.977.6700
www.triallawyerny.com

Anthony C. Donofrio
Arnab Bhukta

Of Counsel:
Brian J. Davis
Jill Altarac

August 24, 2011

**Via ECF**
HON. SANDRA L. TOWNES
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 30 2011 ★
BROOKLYN OFFICE

RE:        D'Agostino v. LA Fitness International, LLC et. al.
Civil Case No.:   10-CV-1120 (SLT)(ALC)

## MOTION TO FILE DOCUMENT UNDER SEAL

Your Honor,

The instant letter is to request permission to file an Exhibit contained in the Plaintiff's Opposition to the Defendants Motion for Summary Judgment under seal. This submission is due to be filed on August 26, 2011.

The instant motion is complete and ready to be filed. However, Plaintiff's Exhibit "F", a portion of the Defendant's Confidential File (D 000140), a reprimand of a party to this action is subject to a Confidentiality Agreement between parties. The document is being used in Plaintiff's motion to show prior instances of similar behavior of one of the Defendants' being complained against and supports the Plaintiff's argument.

For the above reasons, the Plaintiff asks for permission to file said document, Exhibit "F" of Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment under seal.

If you have any questions or need any additional information, please feel free to contact the undersigned.

Very Truly Yours,

Arnab Bhukta

CC: Via ECF
Andrew Baron – Counsel for Defendant

Order: Plaintiff's motion to file Exhibit "F" under seal is respectfully referred to Magistrate Judge Carter.

8/25/11
U.S.D.J.