FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 0 4 2012  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIA D'AGOSTINO,                                            JUDGMENT
                                                            10-CV- 1120 (SLT)
                            Plaintiff,

      -against-

LA FITNESS INTERNATIONAL, LLC. d/b/a
a/k/a LA FITNESS, INC., LA FITNESS, LA
FITNESS SPORTS CLUBS, MICHAEL SHARP,
and PRO RESULTS a/k/a BODY OF CHANGE
d/b/a LA FITNESS, a wholly owned subsidiary of
Defendant, LA FITNESS, INC.,

                            Defendants.
------------------------------------------------------------------X

      A Memorandum and Order of Honorable Sandra L. Townes, United States

District Judge, having been filed on September 28, 2012, granting Defendants' motion for

summary judgment in its entirety; it is

      ORDERED and ADJUDGED that Defendants' motion for summary judgment is

granted in its entirety; and that judgment is hereby entered in favor of Defendants LA Fitness

International, LLC. d/b/a a/k/a LA Fitness, Inc., LA Fitness, LA Fitness Sports Clubs, Michael

Sharp, and Pro Results a/k/a Body of Change d/b/a LA Fitness, a wholly owned subsidiary of

Defendant, LA Fitness, Inc., and against Plaintiff Maria D'Agostino.


Dated: Brooklyn, New York                      Douglas C. Palmer
       October 03, 2012                        Clerk of Court

                                    by:        s/ MG

                                               Michele Gapinski
                                               Chief Deputy for
                                               Court Operations